UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| BENJAMIN HATCH )<br>    Plaintiff, )<br>    )<br>v. )<br>    )<br>ROCHESTER SCHOOL DEPARTMENT )<br>    Defendant. )<br>_____ ) | Civil No. _____ |

NOTICE OF REMOVAL

Please notice that, pursuant to 28 U.S.C. §§1441 and 1446, Defendant, Rochester School Department[1], ("the District") files this Notice of Removal in the Office of the Clerk of the United States District Court for the District of New Hampshire, and says in support thereof:

    1.    Plaintiff instituted this action against the District in the Superior Court for Strafford County by filing a Complaint on or about October 3, 2023. This action is entitled <u>Benjamin Hatch v. Rochester NH School District</u>, Case No. 219-2023-CV-00371. A true and correct copy of said Complaint and Summons is attached hereto as Exhibit A. All other pleadings filed in this matter are attached as Exhibit B.

    2.    The Plaintiff's Complaint's sole claim arises under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, et seq. ("IDEA"). Plaintiff's IDEA claim alleges that the District failed to provide him, a student identified with an educational disability, with a free appropriate public education ("FAPE"). As a result, Plaintiff is seeking monetary damages to compensate him for his loss of a "proper education", emotional damages, and "future wages."

---

[1] The District notes that the Plaintiff's Complaint has it improperly named. The correct name for the District is "Rochester School Department".

1

3.      Pursuant to 28 U.S.C. § 1331, the United States District Courts have original jurisdiction of "all civil actions arising under the Constitution, laws, or treaties of the United States." The IDEA is a federal statute requiring recipients of federal funding to provide a free appropriate public education ("FAPE") to students with educational disabilities.

4.      Jurisdiction over the subject matter of this case, therefore, is conferred by 28 U.S.C. § 1331. Accordingly, this claim is removable under 28 U.S.C. § 1441(a).

5.      This Notice of Removal is timely filed within 30 days of the District's receipt, "through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based," as provided by 28 U.S.C.§1446(b).

6.       A copy of this Notice of Removal is contemporaneously being forwarded for filing to the Clerk of the Superior Court for Strafford County, New Hampshire, see Exhibit C. and to the Plaintiff as the adverse party, see Exhibit D, pursuant to pursuant to 28 U.S.C.§1446(d).

7.      Venue is appropriate in the District of New Hampshire, pursuant to 28 U.S.C. §1441(a) because Strafford County, the place where the action is pending, is located in the District of New Hampshire. See 28 U.S.C. § 109.

8.      A Civil Cover Sheet is filed herewith. See Exhibit E.

9.      A filing fee of $402.00 has been paid to the Clerk of this Court simultaneously with the filing of this Notice of Removal.

10.     Defendants reserve the right to amend or supplement this Notice of Removal.

WHEREFORE, having met all requirements for removal under 28 U.S.C.§§1441 and 1446, including all jurisdictional requirements established by 28 U.S.C. § 1331 and the Local

Rules of this Court, the District gives notice that it removes the captioned case to the United States District Court for the District of New Hampshire.

                                    Respectfully submitted,

                                    Rochester School Department

                                    By its attorneys,

                                    WADLEIGH, STARR & PETERS, PLLC

Dated: October 19, 2023                            By: /s/ Allison Tamposi
                                                           Dean B. Eggert, Esq.,
                                                           NH Bar #742
                                                           deggert@wadleighlaw.com
                                                           Allison M. Tamposi, Esq.,
                                                           NH Bar #: 268035
                                                           atamposi@wadleighlaw.com
                                                           95 Market Street
                                                           Manchester, NH 03101
                                                           (603) 669-4140

**CERTIFICATE OF SERVICE**

I hereby certify that I conventionally served a copy of the foregoing via U.S. mail to:

Benjamin Hatch
#94972 c/o NH State Prison
138 East Milan Road
Berlin, NH 03570

Dated: October 19, 2023                                           /s/ Allison Tamposi
                                                           Allison Tamposi