UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Benjamin Hatch

    v.                                        Case No. 23-cv-475-LM-AJ

Rochester School Department

ORDER

    The Court construes Mr. Hatch's post-Report and Recommendation filings (documents 55, 56, 57 and 61) as objections to that Report. The Court has also reviewed defendant's objections to Mr. Hatch's filings. After due consideration of the objections filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 12, 2024. The Court further denies as moot all other pending motions (17, 19, 20, 21, 26, 28, 29, 31, 32, 33, 34, 36, 37, 38, 39, 40, 49 and 52). The clerk shall enter judgment and close the case.

    SO ORDERED.

                                                                     Landya B. McCafferty
                                                                     United States District Judge

Date: July 23, 2024

cc: Benjamin Hatch, pro se
    Counsel of Record