```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Benjamin Hatch

      v.                              Case No. 23-cv-475-LM-AJ

Rochester School Department

### JUDGMENT

In accordance with the order by Chief Judge Landya B. McCafferty dated July 23, 2024, approving the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 12, 2024, judgment is hereby entered.

                                          By the Court:

                                          /s/ Daniel J. Lynch
                                          Daniel J. Lynch
                                          Clerk of Court

Date: July 23, 2024

cc: Benjamin Hatch, pro se
    Counsel of Record