# United States Court of Appeals
## For the First Circuit

———————————————

No. 24-2060

BENJAMIN HATCH,

Plaintiff - Appellant,

v.

ROCHESTER SCHOOL DEPARTMENT,

Defendant - Appellee.

———————————————

**JUDGMENT**

Entered: February 27, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2).

Mandate to issue forthwith.


By the Court:

Anastasia Dubrovsky, Clerk


cc:
Benjamin Cody Hatch
Alison Minutelli
Dean B. Eggert
Allison Tamposi